

**MATTHEW W. SCHMIDT**

BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
www.balestrierefariello.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021

# MEMORANDUM ENDORSED

December 20, 2021

**VIA ECF**
Hon. Gregory H. Woods
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

    Re:    *Lamda Solutions Corp v. HSBC Bank USA, N.A.*, Case No.: 1:21-cv-2259

Dear Judge Woods:

    I represent Plaintiff Lamda Solutions Corp ("Lamda") in the above action against HSBC Bank USA, N.A. ("HSBC"). As Lamda's First Amended Complaint references information designated by HSBC as confidential, pursuant to the Stipulated Confidentiality Agreement and Protective Order (Dkt. No. 28), I respectfully request that the Court place Lamda's First Amended Complaint under seal.

                              Respectfully Submitted,

                                Matthew W. Schmidt

cc:    Counsel of Record

Application denied without prejudice. The Stipulated Confidentiality Agreement and Protective Order states that a party "that seeks to file Confidential Discovery Material under seal must file an application and supporting declaration justifying—on a particularized basis—the sealing of such documents." Dkt. No. 28. The fact that information has been designated as confidential is not sufficient to file the information under seal. Because Plaintiff has not provided any other justification to overcome the presumption of public access to the information, Plaintiff's request to file the first amended complaint under seal is denied. Plaintiff is directed to file the amended complaint on the public docket no later than December 29, 2021 barring further order of the Court.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 38.

SO ORDERED.

Dated: December 21, 2021
New York, New York

                                _____
                                GREGORY H. WOODS
                                United States District Judge