```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                      :

LAMDA SOLUTIONS CORP.,                :

                              Plaintiff,      :      1:21-cv-2259-GHW

                     -v -                    :      <u>ORDER</u>

HSBC BANK USA, N.A.,                  :

                              Defendant.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendant's request for a pre-motion conference, Dkt. No. 43, is granted. The Court will hold a teleconference regarding Defendant's proposed motion to dismiss on January 3, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: December 27, 2021
       New York, New York

                                                                          GREGORY H. WOODS
                                                           United States District Judge